# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

WILLIE C. LOVELACE, III, *et al.*                                                   PLAINTIFFS

V.                             No. 4:22-CV-00425-KGB-JTR

CLARK, Sergeant,
Pulaski County Detention Facility, *et al*.                                        DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Baker may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

## I. Discussion

On November 29, 2022, mail sent to Consolidated Plaintiff Brandon Smith ("Smith")[1] at his address of record, the Pulaski County Detention Facility

---

[1] On October 31, 2022, Smith's case (Case No. 4:22-cv-00514-KGB-JTR) was consolidated into lead case, *Lovelace v. Clark, et al.*, E.D. Ark. Case No. 4:22-CV-00425-KGB-JTR. *See* Case No. 4:22-CV-00425-KGB-JTR (*Doc. 10*); Case No. 4:22-cv-00514-KGB-JTR (*Doc. 8*).

("PCDF"), was returned undelivered, with no forwarding address. *See* Case No. 4:22-CV-00425-KGB-JTR (*Doc. 17*); Case No. 4:22-cv-00514-KGB-JTR (*Doc. 9*).

On November 30, 2022, the Court entered an Order notifying Smith that, if he wished to continue pursuing this lawsuit, he must, within thirty (30) days, file a notice of his current mailing address. *See* Case No. 4:22-CV-00425-KGB-JTR (*Doc. 18*); Case No. 4:22-cv-00514-KGB-JTR (*Doc. 10*). Importantly, Smith was cautioned that if he did not timely and properly comply with the November 30 Order, his case would be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).[2] *Id*.

As of the date of this Recommendation, Smith has not complied with the Court's November 30, 2022 Order, and the time for doing so has expired. Smith's mail is still being returned undelivered. *See* Case No. 4:22-CV-00425-KGB-JTR (*Docs. 30, 34-36, & 39*). His last communication with the Court was on July 13, 2022. *See* Case No. 4:22-cv-00514-KGB-JTR (*Doc. 7*).

Accordingly, pursuant to Local Rule 5.5(c)(2), this action should be

---

[2] On June 6, 2022, the Court advised Smith of his responsibilities under Local Rule 5.5(c)(2). *See* Case No. 4:22-cv-00514-KGB-JTR, *Doc. 2*. The Local Rule provides:
> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself must sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se must be expected to be familiar with and follow the Federal Rules of Civil Procedure.

dismissed, without prejudice.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.  This case be DISMISSED, WITHOUT PREJUDICE, due to a lack of prosecution.

2.  The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

3.  The Clerk is directed to file a copy of this Order in both: (1) *Lovelace, et al. v. Clark, et al.*, E.D. Ark. Case No. 4:22-CV-00425-KGB-JTR; and (2) *Smith v. Clark, et al.*, Case No. 4:22-cv-00514-KGB-JTR.

DATED this 4th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE